UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In Re: | Chapter 11 |
| W.W.S. CAMPGROUND, L.L.C., | Case No. 09-12552 |
| Debtor. | |
| In Re: | Chapter 11 |
| LAGUNA BAY MARINE, L.L.C., | Case No. 09-12553 |
| Debtor. | |
| In Re: | |
| WWS CAMPING AREA AND MARINA, L.L.C. | Jointly Administered Through Case No. 09-12552 |
| Debtor. | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby WITHDRAWS his appearance on behalf of creditors WBCMT 2007-C33 West Ossipee, LLC and LNR Partners, Inc.

THE TAMPOSI LAW GROUP, P.C.

Dated: February 17, 2010

/s/ Peter N. Tamposi
Peter N. Tamposi, BNH. 04931
The Tamposi Law Group, P.C.
159 Main Street
Nashua, NH 03060
(603) 204-5513
peter@thetamposilawgroup.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was served via electronic service (unless otherwise noted) upon the following:

VIA "*ECF Filing*"

Michael A. Fagone on behalf of Debtor Laguna Bay Marine, L.L.C. mfagone@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com;khiggins@bernsteinshur.com

Geraldine Karonis on behalf of U.S. Trustee Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov

Robert J. Keach on behalf of Debtor Laguna Bay Marine, L.L.C. rkeach@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov

William B. Pribis on behalf of Interested Party Leone, McDonnell & Roberts, P.A. pribisw@cwbpa.com, husen@cwbpa.com;stanleyc@cwbpa.com

UST on behalf of U.S. Trustee Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov, Geraldine.L.Karonis@usdoj.gov

VIA "*Regular Mail*"

Accu-Temp Services
PO Box 3324 North Conway, NH 03860

American International Companies
22427 Network Place
Chicago, IL 60673-1224

Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Dated: February 17, 2010                      By: /s/ Peter N. Tamposi